THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA  (CSB #187176)
Assistant United States Attorney
    Federal Building Suite 7516
    300 North Los Angeles Street
    Los Angeles, California
    Tel. 213 894-6117
    FAX: 213 894-7819
    Email:  Sharla.Cerra@usdoj.gov

Attorneys for Defendant MICHAEL J. ASTRUE,
Commissioner of Social Security

FILED
CLERK, U.S. DISTRICT COURT

JUL 25 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTEN DIVISION

| | |
|---|---|
| RALPH SAINT- ALBIN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner<br>of Social Security,<br><br>    Defendant. | CV 07-8436 PLA<br><br>**JUDGMENT OF REMAND** |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand,

    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATED: ___7\25\08___

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

-1-