1   Denise Bourgeois Haley
    Attorney at Law: 143709
2   Law Offices of Lawrence D. Rohlfing
    12631 E. Imperial Highway, Suite C-115
3   Santa Fe Springs, California 90670
    Tel.: (562) 868-5886
4   Fax: (562) 868-5491
    E-mail: rohlfing_office@speakeasy.net

5   Attorneys for Plaintiff

6

7

8                   **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11   RALPH SAINT-ALBIN,                      ) Case No.: CV 07-8436 PLA
                                             )
12                 Plaintiff,                ) ORDER AWARDING
                                             ) EQUAL ACCESS TO JUSTICE ACT
13         vs.                               ) ATTORNEY FEES PURSUANT TO
     MICHAEL J. ASTRUE,                      ) 28 U.S.C. § 2412(d)
14   Commissioner of Social Security,        )
                                             )
15                                           )
                   Defendant.                )
16   _____ )

17       Based upon the parties' Stipulation for the Award and Payment of Equal

18   Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

19   Denise Bourgeois Haley, as Plaintiff's assignee and subject to the reservation of

20   rights, the amount of one thousand four hundred fifty dollars and no cents

21   ($1,450.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the

22   above-referenced Stipulation.
     DATE:   November 24, 2008
23

24                               _____/s/ - Paul L. Abrams_____

25                               UNITED STATES MAGISTRATE JUDGE

26

                                        -1-